IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FEB 02 2022
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | No. 4:22CR 00053 JM |
| JAYLON DA'SHON WILLIAMS | ) | 18 U.S.C. § 922(g)(1) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.   On or about January 26, 2021, the defendant,

JAYLON DA'SHON WILLIAMS

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Battery in the First Degree, in Pulaski County, Arkansas, Circuit Court, in Case Number 60CR-17-1508; and

2. Residential Burglary, in Pulaski County, Arkansas, Circuit Court, in Case Number 60CR-18-4453.

B.   On or about January 26, 2021, in the Eastern District of Arkansas, the defendant,

JAYLON DA'SHON WILLIAMS,

knowingly possessed, in and affecting commerce, one or more of the following firearms:

1. a Smith & Wesson, model SD 40 VE, .40 caliber pistol, bearing serial number FZT5749; and

2. a Glock, model 43, 9mm pistol, bearing serial number BEMN042.

All in violation of Title 18, United States Code, Section 922(g)(1).

3

## FORFEITURE ALLEGATION

Upon conviction of Count 1 of this Indictment, the defendant, JAYLON DA'SHON WILLIAMS, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[END OF TEXT. SIGNATURE PAGE ATTACHED.]